UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-146-RSWL | Date | November 24, 2008 |
|---|---|---|---|
| Title | Sara Plowden v. City of Torrance, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Tanya Durant | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                                         Not Present

**Proceedings:**         (IN CHAMBERS)

On the Court's own motion, the Jury Trial currently set for DECEMBER 2, 2008 at 9:00 a.m. **is continued to DECEMBER 9, 2008 at 9:00 a.m.** Counsel are ordered to appear on this new date and time.

: 00

Initials of Preparer   TMD