JOHN L. FELLOWS III (#103968)
City Attorney
ROBERT D. ACCIANI (#141277)
Chief Deputy City Attorney
DAVID L. CACERES (#197734)            JS-6
3031 Torrance Blvd.
Torrance, CA  90503-5059
Telephone: (310) 618-5816
Fax: (310) 618-5813
Attorneys for Defendants **City of Torrance, Ryan Galassi and Eric Williams**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA PLOWDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>**CITY OF TORRANCE, CHIEF JAMES HERREN, individually and as a peace officer, ERIC WILLIAMS #16458, individually and as a peace officer, OFFICER RYAN GALASSI #17379.**<br><br>    Defendants | **CASE NO. CV06-0146 RSWL (VBKx)**<br><br> **JUDGMENT**<br><br>[on behalf of individual defendants Ryan Galassi and Eric Williams; James Herren; City of Torrance.] |

      This matter came on for a jury trial, the Honorable Ronald S. W. Lew, District Judge Presiding.

      On December 18, 2008, defendant James Herren, through counsel, moved this Court, the Honorable Ronald S. W. Lew, District Judge Presiding, for judgment under Rule 50 (a)(1)(B) of the Federal Rules of Civil Procedure.

      During the jury trial in this matter, the plaintiff's case was fully presented, and after the plaintiff rested defendant Herren asked this Court to consider the evidence and issues presented to determine whether there existed a sufficient evidentiary basis to find

-1-

**JUDGMENT**

liability as to defendant Herren on plaintiff's claims under 42 U.S.C. § 1983.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff, Sara Plowden, take nothing as against defendant James Herren, and that the action be dismissed on the merits as to this individual defendant only.

After presentation of the evidence, the matter was submitted to the jury with a special verdict form. The jury was asked to answer specific questions regarding the trial issues of liability under plaintiff's remaining two separate claims; the first claim under 42 U.S.C. § 1983, and the second brought under the California state tort "intentional infliction of emotional distress."

The jury reached a unanimous verdict on the special verdict. In response to Question No. 1: "Do you find by a preponderance of the evidence that Sara Plowden has proved each essential element of her 42 U.S.C. § 1983 claim as against the following defendants?" the jury answered as follows: "No" as to defendant Ryan Galassi, and "No" as to defendant Eric Williams. Since the responses were negative to Question No. 1, the jury was then asked to answer Question No. 5: "Did defendants intentionally cause plaintiff to suffer emotional distress?" The jury answered this question as follows: "No" as to defendant Ryan Galassi, and "No" as to defendant Eric Williams. Since the jurors found no liability on the two separate claims, the verdict was signed by the foreperson, dated December 18, 2008, and returned.

The Court queried whether either party wished for a polling of the jury regarding its verdict. Neither party asked for the jury to be polled. Thereafter the Court thanked and excused the jury. Based on the matter being resolved by a unanimous jury verdict:

///

///

IT IS ORDERED AND ADJUDGED that plaintiff, Sara Plowden, take nothing as against defendants Ryan Galassi and Eric Williams, and that the action be dismissed in its entirety on the merits as against these only remaining individual defendants, and accordingly as to the remaining municipal entity, City of Torrance, and that these defendants recover their costs.

DATED: December 30, 2008

_____/s/_____
Honorable Ronald S.W. Lew
Senior U.S. District Court Judge

**JUDGMENT**